IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE LEANDRO MARTINEZ-MORALES,

        Petitioner,

vs.                              No. 10 CV 227 MV/LFG

RAY TERRY, Warden,

        Respondent.

## ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS

THIS MATTER having come before the Court and the Court being fully aware of the circumstances including Assistant United States Attorney Paige Messec having no objection to the extension of time for the filing of defendant's response to the government's Motion to Dismiss until October 9, 2010, finds that good cause exists to grant Mr. Martinez-Morales' motion.

IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for Extension of Time [Doc. 17] is granted, and counsel for Mr. Martinez-Morales will be allowed until October 9, 2010, to file his response in this matter.

                                                      */s/ Lorenzo F. Garcia*
                                                      LORENZO F. GARCIA
                                                      United States Magistrate Judge

Submitted by:
Benjamin A. Gonzales, AFPD
Attorney for Mr. Petitioner

Approved by
Paige Messec, AUSA
Attorney for Respondent.